UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 14-cr-_____ |
| v. | Violation: |
| | 18 U.S.C. § 1341 (Mail Fraud) |
| EMMETTE BROWN, | |
| Defendant. | |
| | Criminal Forfeiture: |
| | 18 U.S.C. § 981(a)(1)(C) |
| | 28 U.S.C. § 2461(c) |
| | 21 U.S.C. § 853(p) |

## INFORMATION

The United States Attorney hereby informs the Court that:

1. Between in or about April 2008 through in or about March 2009, in the District of Columbia and elsewhere, the defendant, EMMETTE BROWN ("BROWN"), with the intent to defraud, devised a scheme and artifice to defraud and obtain money or property, in the amount of at least $178,058.00, from Person A, the lawful owner of the real property located at 3802 T Street, N.W., Washington, D.C. ("3802 T Street"), through the purchase and sale of 3802 T Street, by means of false and fraudulent pretenses, and for the purpose of executing and attempting to execute the scheme and artifice, on or about April 19, 2008, knowingly placed in an authorized depository for mail, to be sent and delivered by the Postal Service, from BROWN in the State of Maryland to Person D in the Commonwealth of Pennsylvania containing a fraudulent power of attorney form.

**(Mail Fraud, in Violation of Title 18, United States Code, Section 1341)**

## CRIMINAL FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The property subject to forfeiture includes a money judgment in the amount of $178,038.00.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28 United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p))**

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY

BY: *Philip Arthur Selden*
PHILIP ARTHUR SELDEN, D.C. Bar No. 982247
Assistant United States Attorney
555 4th Street, N.W., Washington, D.C. 20530
Phone: 202.252.6733, Email: Philip.Selden@usdoj.gov

2